D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
agaona@cblawyers.com
kyost@cblawyers.com

Sambo (Bo) Dul (030313)
**STATES UNITED DEMOCRACY CENTER**
8205 South Priest Drive, #10312
Tempe, Arizona 85284
T: (480) 253-9651
bo@statesuniteddemocracy.org

*Attorneys for Defendant*
*Arizona Secretary of State Katie Hobbs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Promise Arizona, et al., | No. 2:22-cv-01602-SRB |
| Plaintiffs, | **ARIZONA SECRETARY OF STATE KATIE HOBBS' JOINDER IN DEFENDANT STATE OF ARIZONA'S MOTION TO CONSOLIDATE** |
| v. | |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |

In response to the State of Arizona's Motion to Consolidate ("Motion") [Doc. 11], Defendant Katie Hobbs, in her official capacity as Arizona Secretary of State, states that she agrees that this matter should be consolidated with *Mi Familia Vota v. Hobbs*, 2:22-cv-00509-PHX, and thus joins the Motion.

////

////

1119554.1

1  Respectfully submitted this 27th day of September, 2022.

**COPPERSMITH BROCKELMAN PLC**

By /s/ D. Andrew Gaona
    D. Andrew Gaona
    Kristen Yost

**STATES UNITED DEMOCRACY CENTER**
Sambo (Bo) Dul

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*