FLAGSTAFF LAW GROUP
Rose Winkeler
State Bar No. 025023
702 N. Beaver St.
Flagstaff, Arizona 86001
Telephone: (928) 233-6800
Email: rose@flaglawgroup.com
*Attorney for Defendant Coconino County Recorder Patty Hansen*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Promise Arizona; and Southwest Voter Registration Education Project;<br><br>Plaintiff,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>Defendants. | NO. CV-22-01602-PHX-SRB<br><br>**NOTICE OF APPEARANCE** |

Defendant Patty Hansen, in her official capacity as the Coconino County Recorder, ("Defendant Hansen"), gives notice that Flagstaff Law Group attorney Rose M. Winkeler hereby enters her appearance in this matter as counsel of record for Defendant Hansen. Her contact information is:

> Rose M. Winkeler (Bar No. 025023)
> rose@flaglawgroup.com
> FLAGSTAFF LAW GROUP
> 702 North Beaver Street
> Flagstaff, Arizona 86001
> Telephone: (928) 233-6800

RESPECTFULLY SUBMITTED this 5th day of October, 2022.

                                                          FLAGSTAFF LAW GROUP

                                    BY:  */s/Rose M. Winkeler*
                                                  ROSE M. WINKELER
                                                  *Attorney for the Defendant Coconino*
                                                  *County Recorder Patty Hansen*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*/s/Rose M. Winkeler*