**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mi Familia Vota, et al., | Case No. 2:22-cv-00509-PHX-SRB (Consolidated) |
| Plaintiffs, | |
| v. | **ORDER** |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., | |
| Defendants. | |
| Living United for Change in Arizona, et al., | |
| Plaintiffs, | |
| v. | |
| Katie Hobbs, | |
| Defendant, and | |
| State of Arizona, et al., | |
| Intervenor-Defendants. | |
| Poder Latinx, | |
| Plaintiff, | |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>State of Arizona, et al.,<br><br>          Defendants. | |
| Democratic National Committee, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>          Defendants,<br><br>          and<br><br>Republican National Committee,<br><br>          Intervenor-Defendant. | |
| Arizona Asian American Native Hawaiian and Pacific Islander for Equity Coalition,<br><br>          Plaintiff,<br><br>     v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State et al.,<br><br>          Defendants. | Case No. 2:22-cv-1381-PHX-SRB<br><br>**ORDER** |
| Promise Arizona, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>          Defendants, | Case No. 2:22-cv-1602-PHX-SRB<br><br>**ORDER** |

On the Court's own motion;

IT IS ORDERED setting oral argument on State's Consolidated Motion to Dismiss Plaintiffs' Complaints Under Rules 12(B)(1) and (B)(6) on **December 15, 2022 at 10:00 a.m**. in Courtroom 502.

Dated this 8th day of November, 2022.

_____
Susan R. Bolton
United States District Judge

3